EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:    Agency(ies) Charge No(s):

[ ] FEPA
[X] EEOC   532-2019-00140

_____ and EEOC

State or local Agency, if any

**Name (indicate Mr., Ms., Mrs.):** Mr. Christopher Capron *on behalf of myself and all others similarly situated*
**Home Phone (Incl. Area Code):** (216) 671-3442
**Date of Birth:** 10/12/1966

**Street Address:** 16005 Alden Ave.
**City, State and ZIP Code:** Cleveland Ohio, Ohio 44111

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** City of Cleveland (Division of Fire)
**No. Employees, Members:** 100+
**Phone No.:**

**Street Address:** 601 Lakeside Ave.
**City, State and ZIP Code:** Cleveland, OH 44114

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: Feb. 2, 2018   Latest:
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am a Caucasian male, and have been employed by Respondent's Division of Fire since 1995. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. On February 2, 2018, Respondent released a ranked list of all 52 candidates who had passed the Captain's exam. Respondent will utilize this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020). The list evidences that the promotional exam resulted in a discriminatory disparate impact against Caucasian individuals, including myself, who seek promotion.

**CONTINUED ON NEXT PAGE**

RECEIVED
OCT 17 2018
EEOC-CLFO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 10-18-18
Charging Party Signature: [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

36

**EXHIBIT 15**

CAPRON_000036

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:    Agency(ies) Charge No(s):

☐ FEPA
☒ EEOC   532-2019-00140

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)

73 individuals took all parts of the Captain's exam. The following table shows how many individuals, by race, took the entire exam, passed the exam, and how the passage rates for Caucasians violated the four-fifths rule:

| RACE | TOOK ENTIRE EXAM | % | PASSED EXAM | % | PASS RATE | FOUR-FIFTHS RULE TEST (Pass rate of Caucasians compared to African-Americans) |
|---|---|---|---|---|---|---|
| Caucasian | 53 | 72.60% | 36 | 49.32% | 67.92% | 73.15% (FAIL) |
| African-American | 14 | 19.18% | 13 | 17.81% | 92.86% | |
| Hispanic | 6 | 8.22% | 3 | 4.11% | 50.00% | |
| TOTAL | 73 | | 52 | | | |

Because Caucasians passed the exam at a rate of less than 80% when compared to the pass rate of African-Americans, the Captain's exam had a disparate impact on me and other Caucasians based on our race.

Two rounds of promotions have occurred off of the list to date. Respondent promoted six (6) individuals to Captain on or about May 4, 2018, and then promoted another eight (8) individuals on or about July 28, 2018. The selections to date also demonstrate an adverse impact against Caucasians:

| RACE | PROMOTIONS | SELECTION RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|
| Caucasian | 8 | 15.09% | 35.22% (FAIL) |
| African-American | 6 | 42.86% | |
| Hispanic | 0 | 0.00% | |
| TOTAL | 14 | | |

RECEIVED
OCT 17 2018
EEOC-CLFO

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10-17-18
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

37

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Mr. William Mezalora<br>Chief of Public Safety<br>CITY OF CLEVELAND (DIVISION OF FIRE)<br>601 Lakeside Ave<br>Cleveland, OH 44114 | **PERSON FILING CHARGE**<br><br>**Christopher Capron**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>**532-2019-00140** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Leona J. Smith,
Intake Supervisor

*EEOC Representative*

Telephone  **(216) 522-2002**

**Cleveland Field Office**
**EEOC, AJC Fed Bldg**
**1240 E 9th St, Ste 3001**
**Cleveland, OH 44199**
**Fax: (216) 522-7395**

Enclosure(s): [ ] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

**ISSUES:** Promotion

DATE(S) (on or about): EARLIEST: 02-02-2018    LATEST: 07-28-2018    And Continuing

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| October 18, 2018 | Connie Davis,<br>Enforcement Supervisor | |

42

2495

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2019-00137 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. John J. Donohoe *on behalf of myself and all others similarly situated* | (216) 630-9142 | 5/29/1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 874 Beechers Brook Rd. | Mayfield Village, Ohio 44143 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Cleveland (Division of Fire) | 100+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 Lakeside Ave. | Cleveland, OH 44114 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018    Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a Caucasian male, and have been employed by Respondent's Division of Fire since 1994. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. On February 2, 2018, Respondent released a ranked list of all 52 candidates who had passed the Captain's exam. Respondent will utilize this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020). The list evidences that the promotional exam resulted in a discriminatory disparate impact against Caucasian individuals, including myself, who seek promotion.

**CONTINUED ON NEXT PAGE**

RECEIVED
OCT 17 2018
EEOC-CLFO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10-16-18      *[signature]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

037

DONOHOE_000001

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2019-00137 |

and EEOC
_____
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)

73 individuals took all parts of the Captain's exam. The following table shows how many individuals, by race, took the entire exam, passed the exam, and how the passage rates for Caucasians violated the four-fifths rule:

| RACE | TOOK ENTIRE EXAM | % | PASSED EXAM | % | PASS RATE | FOUR-FIFTHS RULE TEST (Pass rate of Caucasians compared to African-Americans) |
|---|---|---|---|---|---|---|
| Caucasian | 53 | 72.60% | 36 | 49.32% | 67.92% | 73.15% (FAIL) |
| African-American | 14 | 19.18% | 13 | 17.81% | 92.86% | |
| Hispanic | 6 | 8.22% | 3 | 4.11% | 50.00% | |
| TOTAL | 73 | | 52 | | | |

Because Caucasians passed the exam at a rate of less than 80% when compared to the pass rate of African-Americans, the Captain's exam had a disparate impact on me and other Caucasians based on our race.

Two rounds of promotions have occurred off of the list to date. Respondent promoted six (6) individuals to Captain on or about May 4, 2018, and then promoted another eight (8) individuals on or about July 28, 2018. The selections to date also demonstrate an adverse impact against Caucasians:

| RACE | PROMOTIONS | SELECTION RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|
| Caucasian | 8 | 15.09% | 35.22% (FAIL) |
| African-American | 6 | 42.86% | |
| Hispanic | 0 | 0.00% | |
| TOTAL | 14 | | |

RECEIVED
OCT 17 2018
EEOC-CLFO

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10-16-18<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

038

DONOHOE_000002

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA  ☒ EEOC | 532-2019-00139 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Robert Schoeniger on behalf of myself and all others similarly situated | (216) 233-0962 | 9/15/1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4158 W. 59 | Cleveland Ohio, Ohio 44144 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Cleveland (Division of Fire) | 100+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 Lakeside Ave. | Cleveland, OH 44114 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018    Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Caucasian male, and have been employed by Respondent's Division of Fire since 1996. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. On February 2, 2018, Respondent released a ranked list of all 52 candidates who had passed the Captain's exam. Respondent will utilize this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020). The list evidences that the promotional exam resulted in a discriminatory disparate impact against Caucasian individuals, including myself, who seek promotion.

**CONTINUED ON NEXT PAGE**

RECEIVED
OCT 17 2018
EEOC-CLFO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/17/2018
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2019-00139 |
| | | and EEOC |
| State or local Agency, if any | | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)

73 individuals took all parts of the Captain's exam. The following table shows how many individuals, by race, took the entire exam, passed the exam, and how the passage rates for Caucasians violated the four-fifths rule:

| RACE | TOOK ENTIRE EXAM | % | PASSED EXAM | % | PASS RATE | FOUR-FIFTHS RULE TEST (Pass rate of Caucasians compared to African-Americans) |
|---|---|---|---|---|---|---|
| Caucasian | 53 | 72.60% | 36 | 49.32% | 67.92% | 73.15% (FAIL) |
| African-American | 14 | 19.18% | 13 | 17.81% | 92.86% | |
| Hispanic | 6 | 8.22% | 3 | 4.11% | 50.00% | |
| TOTAL | 73 | | 52 | | | |

Because Caucasians passed the exam at a rate of less than 80% when compared to the pass rate of African-Americans, the Captain's exam had a disparate impact on me and other Caucasians based on our race.

Two rounds of promotions have occurred off of the list to date. Respondent promoted six (6) individuals to Captain on or about May 4, 2018, and then promoted another eight (8) individuals on or about July 28, 2018. The selections to date also demonstrate an adverse impact against Caucasians:

| RACE | PROMOTIONS | SELECTION RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|
| Caucasian | 8 | 15.09% | 35.22% (FAIL) |
| African-American | 6 | 42.86% | |
| Hispanic | 0 | 0.00% | |
| TOTAL | 14 | | |

RECEIVED
OCT 17 2018
EEOC-CLFO

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10/17/2018         [signature]<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |