EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | Amended |
| ☒ EEOC | 532-2019-00138 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Tom Lugo on behalf of myself and all others similarly situated | (216) 215-5093 | 8/14/1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2575 Twelve Oaks Cir. | Medina, Ohio 44256 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Cleveland (Division of Fire) | 100+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 Lakeside Ave. | Cleveland, OH 44114 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018     Latest:

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Hispanic male, and have been employed by Respondent's Division of Fire since 1997. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. On February 2, 2018, Respondent released a ranked list of all 52 candidates who had passed the Captain's exam. Respondent will utilize this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020). The list evidences that the promotional exam resulted in a discriminatory disparate impact against Hispanic individuals, including myself, who seek promotion.

**CONTINUED ON NEXT PAGE**

RECEIVED
OCT 25 2018
EEOC-CLFO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 10-19-18    [signature]   Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

**EXHIBIT 16**

038
LUGO_000038

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)**

73 individuals took all parts of the Captain's exam. The following table shows how many individuals, by race and/or national origin, took the entire exam, passed the exam, and how the passage rates for Hispanics violated the four-fifths rule:

| RACE OR NATIONAL ORIGIN | TOOK ENTIRE EXAM | % | PASSED EXAM | % | PASS RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|---|---|---|
| Caucasian | 53 | 72.60% | 36 | 49.32% | 67.92% | |
| African-American | 14 | 19.18% | 13 | 17.81% | 92.86% | |
| Hispanic | 6 | 8.22% | 3 | 4.11% | 50.00% | 53.85% vs. African-Americans<br>73.61% vs. Caucasians<br>(FAIL) |
| TOTAL | 73 | | 52 | | | |

Because Hispanics passed the exam at a rate of less than 80% when compared to the pass rate of African-Americans, the Captain's exam had a disparate impact on me and other Hispanics based on our race and/or national origin. Two rounds of promotions have occurred off of the list to date. Respondent promoted six (6) individuals to Captain on or about May 4, 2018, and then promoted another eight (8) individuals on or about July 28, 2018. The selections to date also demonstrate an adverse impact against Hispanics:

| RACE OR NATIONAL ORIGIN | PROMOTIONS | SELECTION RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|
| Caucasian | 8 | 15.09% | |
| African-American | 6 | 42.86% | |
| Hispanic | 0 | 0.00% | 0.00% (FAIL) |
| TOTAL | 14 | | |

**RECEIVED OCT 25 2018 EEOC-CLFO**

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| 10-19-18      *[signature]*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

039

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA
☒ EEOC 532-2019-00138

and EEOC

State or local Agency, if any

Name (indicate Mr., Ms., Mrs.)
**Mr. Tom Lugo** *on behalf of myself and all others similarly situated*

Home Phone (incl. Area Code): (216) 215-5093
Date of Birth: 8/14/1972

Street Address: 2575 Twelve Oaks Cir.
City, State and ZIP Code: Medina, Ohio 44256

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **City of Cleveland (Division of Fire)**
No. Employees, Members: 100+
Phone No.:

Street Address: 601 Lakeside Ave.
City, State and ZIP Code: Cleveland, OH 44114

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018  Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Hispanic male, and have been employed by Respondent's Division of Fire since 1997. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. On February 2, 2018, Respondent released a ranked list of all 52 candidates who had passed the Captain's exam. Respondent will utilize this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020). The list evidences that the promotional exam resulted in a discriminatory disparate impact against Hispanic individuals, including myself, who seek promotion.

**CONTINUED ON NEXT PAGE**

RECEIVED
OCT 17 2018
EEOC-CLFO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10-17-18
Date         Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

040

LUGO_000040

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2019-00138 |

and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)**

73 individuals took all parts of the Captain's exam. The following table shows how many individuals, by race, took the entire exam, passed the exam, and how the passage rates for Hispanics violated the four-fifths rule:

| RACE | TOOK ENTIRE EXAM | % | PASSED EXAM | % | PASS RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|---|---|---|
| Caucasian | 53 | 72.60% | 36 | 49.32% | 67.92% | |
| African-American | 14 | 19.18% | 13 | 17.81% | 92.86% | |
| Hispanic | 6 | 8.22% | 3 | 4.11% | 50.00% | 53.85% vs. African-Americans<br>73.61% vs. Caucasians<br>(FAIL) |
| TOTAL | 73 | | 52 | | | |

Because Hispanics passed the exam at a rate of less than 80% when compared to the pass rate of African-Americans, the Captain's exam had a disparate impact on me and other Hispanics based on our race.

Two rounds of promotions have occurred off of the list to date. Respondent promoted six (6) individuals to Captain on or about May 4, 2018, and then promoted another eight (8) individuals on or about July 28, 2018. The selections to date also demonstrate an adverse impact against Hispanics:

| RACE | PROMOTIONS | SELECTION RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|
| Caucasian | 8 | 15.09% | |
| African-American | 6 | 42.86% | |
| Hispanic | 0 | 0.00% | 0.00% (FAIL) |
| TOTAL | 14 | | |

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct.<br><br>10-17-18<br>Date      Charging Party Signature | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

RECEIVED
OCT 17 2018
EEOC 041
041

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 532-2019-00141 |

_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.)
John D See on behalf of myself and all others similarly situated

**Home Phone** (Incl. Area Code): (216)533-8216
**Date of Birth**: 2/18/1972

**Street Address**: 12918 Old State Road
**City, State and ZIP Code**: Huntsburg, Ohio 44046

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: City of Cleveland (Division of Fire)
**No. Employees, Members**: 100+
**Phone No.** (Include Area Code):

**Street Address**: 601 Lakeside Ave.
**City, State and ZIP Code**: Cleveland, OH 44114

**Name**:
**No. Employees, Members**:
**Phone No.** (Include Area Code):

**Street Address**:
**City, State and ZIP Code**:

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: Feb. 2, 2018       Latest:
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am a Hispanic male, and have been employed by Respondent's Division of Fire since 1993. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. On February 2, 2018, Respondent released a ranked list of all 52 candidates who had passed the Captain's exam. Respondent will utilize this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020). The list evidences that the promotional exam resulted in a discriminatory disparate impact against Hispanic individuals, including myself, who seek promotion.

**CONTINUED ON NEXT PAGE**

RECEIVED
OCT 17 2018
EEOC-CLFO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 10/17/18
Charging Party Signature: [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

SEE_000001

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2019-00141 |
| | | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)

73 individuals took all parts of the Captain's exam. The following table shows how many individuals, by race, took the entire exam, passed the exam, and how the passage rates for Hispanics violated the four-fifths rule:

| RACE | TOOK ENTIRE EXAM | % | PASSED EXAM | % | PASS RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|---|---|---|
| Caucasian | 53 | 72.60% | 36 | 49.32% | 67.92% | |
| African-American | 14 | 19.18% | 13 | 17.81% | 92.86% | |
| Hispanic | 6 | 8.22% | 3 | 4.11% | 50.00% | 53.85% vs. African-Americans<br>73.61% vs. Caucasians<br>(FAIL) |
| TOTAL | 73 | | 52 | | | |

Because Hispanics passed the exam at a rate of less than 80% when compared to the pass rate of African-Americans, the Captain's exam had a disparate impact on me and other Hispanics based on our race.

Two rounds of promotions have occurred off of the list to date. Respondent promoted six (6) individuals to Captain on or about May 4, 2018, and then promoted another eight (8) individuals on or about July 28, 2018. The selections to date also demonstrate an adverse impact against Hispanics:

| RACE | PROMOTIONS | SELECTION RATE | FOUR-FIFTHS RULE TEST |
|---|---|---|---|
| Caucasian | 8 | 15.09% | |
| African-American | 6 | 42.86% | |
| Hispanic | 0 | 0.00% | 0.00% (FAIL) |
| TOTAL | 14 | | |

RECEIVED
OCT 17 2018
EEOC-CLFO

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10/17/18     [signature] | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

SEE_000002