EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2020-01130 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. John J. Donohoe *on behalf of myself and all others similarly situated* | (216) 630-9142 | 5/29/1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 874 Beechers Brook Rd. | Mayfield Village, Ohio 44143 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Cleveland (Division of Fire) | 100+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 Lakeside Ave. | Cleveland, OH 44114 |

RECEIVED FEB 10 2020 EEOC-CLFO

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018    Latest: Feb. 2, 2020

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Caucasian male, and have been employed by Respondent's Division of Fire since 1994. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. Sixty-six (66) candidates completed all portions of the Captain's exam. On February 2, 2018, Respondent released a ranked list of 52 candidates deemed to have passed the Captain's exam. Respondent utilized this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020).

In October 2018, I filed a charge with the Commission (No. 532-2019-00137) alleging that the exam was discriminatory, and that the selections made from the promotional list, by the time it would expire, will result in a discriminatory disparate impact against Caucasian individuals who seek promotion, including myself.

**CONTINUED ON NEXT PAGE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2-5-20<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

**EXHIBIT 17**

DONOHOE_000004

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2020-01130 |

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)**

Based upon information and belief, of the 66 individuals who completed all portions of the exam, 14 are African American, 49 are Caucasian, and 3 are unknown.

At the time the promotional list expired on February 2, 2020, Respondent promoted 22 individuals from this list to the rank of Captain. Upon information and belief, this group consisted of 13 Caucasians, 8 African Americans and 1 unknown.

Out of all African-American candidates who completed all portions of the exam, 57.14% (8 out of 14) were promoted to Fire Captain by Respondent. By contrast, out of all Caucasian candidates who completed all portions of the exam, only 26.53% (13 out of 49) were promoted to Fire Captain by Respondent.

Based upon the foregoing information, Caucasian candidates were promoted at a selection rate of only 46.43%, when compared to selection rate for African Americans. Because the selection rate for Caucasians is far less than 80%, Respondent's promotional process to Fire Captain violates the Four Fifths Rule as provided in the Uniform Guidelines on Employee Selection Procedures (UGES) adopted by the federal government in 1978. The Fire Captain promotion results, on their face, have statistical significance in favor of African-American candidates

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

RECEIVED
FEB 10 2020
EEOC-CLFO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2-5-20               [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

DONOHOE_000005

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2020-01131 |

and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Robert Schoeniger on behalf of myself and all others similarly situated | (216) 233-0962 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4158 W. 59th St. | Cleveland, Ohio 44144 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Cleveland (Division of Fire) | 100+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 Lakeside Ave. | Cleveland, OH 44114 |

RECEIVED FEB 1 0 2020 EEOC-CLFO

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018  Latest: Feb. 2, 2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Caucasian male, and have been employed by Respondent's Division of Fire since 1996. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. Sixty-six (66) candidates completed all portions of the Captain's exam. On February 2, 2018, Respondent released a ranked list of 52 candidates deemed to have passed the Captain's exam. Respondent utilized this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020).

In October 2018, I filed a charge with the Commission (No. 532-2019-00139) alleging that the exam was discriminatory, and that the selections made from the promotional list, by the time it would expire, will result in a discriminatory disparate impact against Caucasian individuals who seek promotion, including myself.

**CONTINUED ON NEXT PAGE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/3/20  [signature]<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2020-01131 |

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)**

Based upon information and belief, of the 66 individuals who completed all portions of the exam, 14 are African American, 49 are Caucasian, and 3 are unknown.

At the time the promotional list expired on February 2, 2020, Respondent promoted 22 individuals from this list to the rank of Captain. Upon information and belief, this group consisted of 13 Caucasians, 8 African Americans and 1 unknown.

Out of all African-American candidates who completed all portions of the exam, 57.14% (8 out of 14) were promoted to Fire Captain by Respondent. By contrast, out of all Caucasian candidates who completed all portions of the exam, only 26.53% (13 out of 49) were promoted to Fire Captain by Respondent.

Based upon the foregoing information, Caucasian candidates were promoted at a selection rate of only 46.43%, when compared to selection rate for African Americans. Because the selection rate for Caucasians is far less than 80%, Respondent's promotional process to Fire Captain violates the Four Fifths Rule as provided in the Uniform Guidelines on Employee Selection Procedures (UGES) adopted by the federal government in 1978. The Fire Captain promotion results, on their face, have statistical significance in favor of African-American candidates

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

RECEIVED
FEB 10 2020
EEOC-CLFO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02/3/20          [signature]<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

SCHOENIGER_000003

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 532-2020-01132 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. John See on behalf of myself and all others similarly situated | (216) 533-8216 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 12918 Old State Rd. | Huntsburg, Ohio 44046 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City of Cleveland (Division of Fire) | 100+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 601 Lakeside Ave. | Cleveland, OH 44114 |

RECEIVED
FEB 10 2020
EEOC-CLFO

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2, 2018    Latest: Feb. 2, 2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Caucasian male, who is also of Hispanic national origin, and have been employed by Respondent's Division of Fire since 1993. Currently I hold the rank of Fire Lieutenant. In 2017, Respondent administered, and I sat for, a promotional examination for the rank of Captain in the Fire Department. Sixty-six (66) candidates completed all portions of the Captain's exam. On February 2, 2018, Respondent released a ranked list of 52 candidates deemed to have passed the Captain's exam. Respondent utilized this list to make promotions to the Captain rank for a 2-year period (until February 2, 2020).

In October 2018, I filed a charge with the Commission (No. 532-2019-00141) alleging that the exam was discriminatory, and that the selections made from the promotional list, by the time it would expire, will result in a discriminatory disparate impact against Hispanic individuals who seek promotion, including myself.

**CONTINUED ON NEXT PAGE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/4/2020  /s/ John See  Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

SEE_000005

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 532-2020-01132 |
| State or local Agency, if any | | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**CONTINUED FROM PREVIOUS PAGE (PAGE 2 OF 2)**

Based upon information and belief, of the 66 individuals who completed all portions of the exam, 14 are African American, 49 are Caucasian, and 3 are unknown.

At the time the promotional list expired on February 2, 2020, Respondent promoted 22 individuals from this list to the rank of Captain. Upon information and belief, this group consisted of 13 Caucasians, 8 African Americans and 1 unknown.

Out of all African-American candidates who completed all portions of the exam, 57.14% (8 out of 14) were promoted to Fire Captain by Respondent. By contrast, out of all Caucasian candidates who completed all portions of the exam, only 26.53% (13 out of 49) were promoted to Fire Captain by Respondent.

Based upon the foregoing information, Caucasian candidates were promoted at a selection rate of only 46.43%, when compared to selection rate for African Americans. Because the selection rate for Caucasians is far less than 80%, Respondent's promotional process to Fire Captain violates the Four Fifths Rule as provided in the Uniform Guidelines on Employee Selection Procedures (UGES) adopted by the federal government in 1978. The Fire Captain promotion results, on their face, have statistical significance in favor of African-American candidates

Respondent has expressed a desire to increase minority representation in the officer rankings within the Division of Fire. I believe that Respondent unlawfully administered the promotional examination in a manner that would achieve its desired result of having a list of disproportionately high-ranked African-American candidates to select for promotion over the two-year duration that the promotional list will be viable.

I believe that I, along with others who are similarly situated, have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended. This discrimination is a result of disparate impact and/or intentional discrimination in the administration of the Captain's promotional exam.

RECEIVED
FEB 1 0 2020
EEOC-CLFO

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/4/2020     [signature]<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

SEE_000006