UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DONOHOE, et al. | ) | CASE NO.:  1:20-cv-00050 |
| | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| -v- | ) | **JOINT STATUS REPORT** |
| | ) | **(Notice of Settlement)** |
| CITY OF CLEVELAND, OHIO | ) | |
| | ) | |
| Defendant. | ) | |

On Friday, the parties reached an agreement in principle, through mediation, to settle this case. Finalizing the settlement will necessitate some additional time, as each of the twenty-four (24) Plaintiffs will be required to sign an individualized release before the settlement is considered binding on all parties.

For these reasons, the parties respectfully request that the status conference scheduled for January 14, 2026, be continued by sixty (60) days to permit the parties to finalize the details of their settlement and provide further update to the Court.

Respectfully Submitted,

| | |
|---|---|
| *s/ Stuart G. Torch* | *s/ Lauren M. Drabic* (per consent) |
| STUART G. TORCH (0079667) | STEPHEN S. ZASHIN (0064557) |
| CHRISTINA M. ROYER (0073695) | LAUREN M. DRABIC (0097448) |
| KAMI D. BRAUER (0071030) | Zashin & Rich CO., L.P.A. |
| DAVID N. TRUMAN (0082347) | 950 Main Ave., 4th Floor |
| Employment Law Partners, LLC | Cleveland, OH  44113 |
| 4700 Rockside Rd., Suite 530 | T:  216.696.4441 |
| Independence, Ohio 44131 | F:  216.696.1618 |
| Tel:    216/382-2500 | Email: ssz@zrlaw.com |

Fax: 216/381-0250
Email: stuart@employmentlawpartners.com
Email: chris@employmentlawpartners.com
Email: kami@employmentlawpartners.com
Email: david@employmentlawpartners.com

*Attorneys for Plaintiffs*

Email: lmd@zrlaw.com

WILLIAM M. MENZALORA (0061136)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, Ohio 44114
Tel: 216.664.2800
Email: wmenzalora@clevelandohio.gov

*Attorneys for Defendant City of Cleveland*

**CERTIFICATE OF SERVICE**

I certify that the foregoing **JOINT STATUS REPORT (Notice of Settlement)** was filed electronically on January 12, 2026. All parties and counsel will receive service of this filing through the Court's electronic filing system and may access the filing through the Court's system.

*s/ Stuart G. Torch*
STUART G. TORCH (0079667)

*One of the attorneys for Plaintiffs*